United States Bankruptcy Court
Middle District of Tennessee

In re:
VICTORIA ANN WATSON-SMITH
Debtor

Case No. 19-07207-CMW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0650-1 User: taa0611 Page 1 of 2 Date Rcvd: Feb 19, 2020
Form ID: 318 Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.

db +VICTORIA ANN WATSON-SMITH, 300 PITTS DRIVE, COLUMBIA, TN 38401-4345
7036291 +Ad Astra Recovery, 7330 West 33rd Street North, Suite 118, Wichita KS 67205-9370
7036293 +BENNETT PROPERTIES, C/O BARB RIFKIN, P.O. BOX 3033, Murfreesboro TN 37133-3033
7036294 +BORO RENTALS, C/O ATTORNEY CLIFTON B. SOBEL, JR., 752 S CHURCH STREET, Murfreesboro TN 37130-4926
7041547 +Debt Management Center, P.O. Box 11930, Saint Paul, MN 55111-0930
7036296 +Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike Suite 113E, Syosset NY 11791-4401
7036297 +EXCHANGE SERVICE - COLLECTIONS, ATTN: CP - OPERATIONS, P.O. BOX 650038, Dallas TX 75265-0038
7036302 +JERIMIAH BISHOP, 321 MT. JOY RD, Hampshire TN 38461-5122
7036303 +MURFREESBORO DENTAL EXCELLENCE WEST, 1754 S RUTHERFORD BLVD, Murfreesboro TN 37130-5956
7036305 +NASHBORO VILLAGE APARTMENTS, 115 NASHBORO BLVD, Nashville TN 37217-3700
7036310 RUTHERFORD COUNTY GENERAL SESSIONS, 220 N. Public Square, Room 102, Murfreesboro TN 37130
7036311 +RUTHERFORD CREDIT, 224 W. NORTHFIELD BLVD., Murfreesboro TN 37129-1590
7036312 +STORPLACE OF RUTHERFORD BLVD., 2615 S RUTHERFORD BLVD, Murfreesboro TN 37130-5994
7036313 +TekCollect Inc, Attn: Bankruptcy, PO Box 1269, Columbus OH 43216-1269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

tr +EDI: FEMLEMEH.COM Feb 20 2020 07:28:00 EVA MARIE LEMEH, 4300 KINGS LANE, NASHVILLE, TN 37218-1009
cr +EDI: DVTM.COM Feb 20 2020 07:28:00 Carvana, LLC, PO BOX 29018, PHOENIX, AZ 85038-9018
7036292 +EDI: AFNIRECOVERY.COM Feb 20 2020 07:28:00 Afni, Inc., Attn: Bankruptcy, PO Box 3427, Bloomington IL 61702-3427
7050179 +EDI: ATLASACQU.COM Feb 20 2020 07:28:00 Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303
7036295 +EDI: DVTM.COM Feb 20 2020 07:28:00 Bridgecrest/CARVANA, 7300 East Hampton Avenue, Suite 100, Mesa AZ 85209-3324
7036298 +E-mail/Text: bankruptcies@foxcollection.com Feb 20 2020 02:58:37 Fox Collection Center, Attn: Bankruptcy, PO Box 528, Goodlettsvile TN 37070-0528
7036299 +EDI: CCS.COM Feb 20 2020 07:28:00 GEICO INSURANCE, PO BOX 55126, Boston MA 02205-5126
7036300 +EDI: IIC9.COM Feb 20 2020 07:28:00 IC System, Inc, Attn: Bankruptcy, PO Box 64378, Saint Paul MN 55164-0378
7036301 EDI: JEFFERSONCAP.COM Feb 20 2020 07:28:00 Jefferson Capital Systems, LLC, PO Box 1999, Saint Cloud MN 56302
7036301 E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 20 2020 02:58:55 Jefferson Capital Systems, LLC, PO Box 1999, Saint Cloud MN 56302
7036304 +E-mail/Text: jcaskey@medtn.com Feb 20 2020 02:58:32 MURFREESBORO ELECTRIC, 205 N Walnut St, Murfreesboro TN 37130-3673
7036306 E-mail/Text: NESCollections@NESPOWER.com Feb 20 2020 02:57:12 NASHVILLE ELECTRIC SERVICE, 1214 CHURCH ST, Nashville TN 37246
7036307 E-mail/Text: bankruptcy@rentacenter.com Feb 20 2020 02:59:37 RENT A CENTER, 297 SOUTH LOWRY STREET, Smyrna TN 37167
7036308 +E-mail/Text: bknotify@acsi.net Feb 20 2020 02:58:41 RentDebt Automated Collections, Attn: Bankruptcy, 2802 Opryland Dr, Nashville TN 37214-1200
7036314 +E-mail/Text: bankruptcydepartment@tsico.com Feb 20 2020 02:59:19 TRANSWORLD SYSTEMS INC., PO BOX 15110, Wilmington DE 19850-5110
7041548 +EDI: ECMC.COM Feb 20 2020 07:28:00 US Department of Education, P.O. Box 5609, Greenville, TX 75403-5609
7036315 +EDI: USAA.COM Feb 20 2020 07:28:00 USAA INSURANCE, 9800 FREDERICKSBURG RD, San Antonio TX 78288-0002
7036316 +EDI: VERIZONCOMB.COM Feb 20 2020 07:28:00 VERIZON BANKRUPTCY ADMINISTRATION (USE!!, 500 TECHNOLOGY DRIVE, SUITE 550, WELDON SPRING MO 63304-2225

TOTAL: 18

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr* +Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303
7041772* +US DEPT OF EDUCATION, PO BOX 5609, GREENVILLE TX 75403-5609
7036309 ##+ROBERTS & LAYMAN, 1700 HAYES STREET, SUITE 303, Nashville TN 37203-3098

TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:

BRYAN CLARK PENLAND on behalf of Debtor VICTORIA ANN WATSON-SMITH
cm-ecf@jamesflexerconsumerlaw.com, cmecf@ecf.courtdrive.com;szathmarylr90985@notify.bestcase.com
EVA MARIE LEMEH elemehtrustee@comcast.net,
eml@trustesolutions.com;EML@trustesolutions.net;emlasst@comcast.net
US TRUSTEE ustpregion08.na.ecf@usdoj.gov

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **VICTORIA ANN WATSON−SMITH**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx−xx−6949** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court **MIDDLE DISTRICT OF TENNESSEE**

Case number: **1:19−bk−07207**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

VICTORIA ANN WATSON−SMITH
aka VICTORIA ANN WATSONSMITH

2/19/20

**By the court:** Charles M Walker
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**